**6**

Martin HOWARD v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 11, 1927.

No. 4842.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

O. J. Larson, of Duluth, Minn., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER. CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.